UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-22616-GRAHAM/GOODMAN

JERRILYNN D. GRAY

    Plaintiff,

v.

ALPHA RECOVERY CORP.,

    Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-22616-GRAHAM/GOODMAN

JERRILYNN D. GRAY

    Plaintiff,

v.

ALPHA RECOVERY CORP.,

    Defendant.

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 12, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    /s/ Jennifer Colson

**SERVICE LIST**

Farrell Law Office, LLC
Kevin J. Farrell
1582 So. Parker Road, Suite 209
Denver, CO 80231
Farrell.lawoffice@gmail.com

Via Electronic Mail.